**STATE of Missouri, ex rel. Carol Russell FISCHER, Director of Revenue, Respondent,**

v.

**Marlon KING, Appellant Pro se.**

**No. WD 64967.**

Missouri Court of Appeals, Western District.

May 17, 2005.

Application for Transfer to Supreme Court Denied June 28, 2005.

Marlon King, King City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sarah E. Ledgerwood, Office of Attorney General, Jefferson City, for Respondent.

Before JAMES M. SMART, JR., Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

Marlon King appeals a judgment in favor of the Director of Revenue for unpaid Missouri income taxes for the years 1994, 1995 and 1998.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).